UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| MARGARET M. CARLSON,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　Defendant. | Civil No. 2:15-CV-01199-KLS<br><br><br><br>ORDER |

　　　Based on the stipulation of the parties it is hereby ORDERED that the above- captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the following actions:

- The Administrative Law Judge (ALJ) will conduct a new hearing, further develop the record and issue a new decision;

- Plaintiff may submit additional evidence and arguments;

- Plaintiff will be afforded the opportunity to appear and testify at a new hearing;

- The ALJ will reevaluate the credibility of Plaintiff's allegations, including her subjective complaint of sensitivity to fluorescent lights;

Page 1　　ORDER - [2:15-CV-01199-KLS]

- The ALJ will reevaluate the medical opinions of record, including but not limited to the medical opinion from Wayne Hurley, M.D.;
- The ALJ will reassess Plaintiff's maximum residual functional capacity; and
- The ALJ will continue the sequential evaluation process, including obtaining vocational expert testimony as needed.

The parties agree that no specific aspect of the Commissioner's final decision is affirmed.

Judgment shall be entered for Plaintiff.

DATED this 25th day of January, 2016.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Ryan Lu
RYAN LU
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2139
Fax: (206) 615-2531
ryan.lu@ssa.gov